IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR70-17

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) vs. ) ) GERARDO PETERS SALAS ) ) | **ORDER** **TO CORRECT JUDGMENT** |

THIS MATTER is before the court upon Defendant's Motion to Correct Judgment (Docket No. 355), filed on July 29, 2005.

Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, **IT IS ORDERED** that an amended judgment be issued to correct three clerical errors:

1) The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **50 months** (to run concurrent with the sentence received in the Pecos Division in Texas under docket number P03-CR-002-F, defendant 01);

2) Upon release from imprisonment, the defendant shall be on supervised release for a term of **4 years**;

3) The Court makes the following recommendation to the Bureau of Prisons: The Defendant shall participate in the Drug Program in **La Tuna, Texas FCI.**

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

**SO ORDERED,** this 26th day of August, 2005.

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE